Jeffrey Schreiber, Esq.
**MEISTER SEELIG & FEIN LLP**
2G Auer Court
Williamsburg Commons
East Brunswick, New Jersey 08816
*Attorneys for Defendant Fun World, Inc.*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

-----------------------------------------------------------------X

SILVERTOP ASSOCIATES, INC.,

        Plaintiff,

    -against-

FUN WORLD, INC.,

        Defendant.

-----------------------------------------------------------------X

Case No. 1:12-cv-03048-JEI-KMW

### STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

It is hereby stipulated by and between the Plaintiff Silvertop Associates, Inc.— by and through its counsel of record, Flaster/Greenberg P.C. — and Defendant Fun World, Inc. — by and through its counsel of record, Meister Seelig & Fein LLP — that Defendant's time to answer, move or otherwise plead in response to Plaintiff's Complaint is extended for Twenty-One (21) days, from June 19, 2012 through and including July 10, 2012. No previous extension has been sought or granted in this action.

| **FLASTER/GREENBERG P.C.** | **MEISTER SEELIG & FEIN LLP** |
|---|---|
| _/s/ Alexis Arena_____ | _/s/ Jeffrey Schreiber_____ |
| Alexis Arena, Esq. | Jeffrey Schreiber, Esq. |
| 1818 Chapel Avenue West | 2G Auer Court |
| Cherry Hill, NJ 08002 | Williamsburg Commons |
| Tel: (856) 661-1900 | East Brunswick, NJ 08816 |
| E-mail: Alexis.Arena@flastergreenberg.com | Tel: (732) 432-0073 |
| Attorneys for Plaintiff | E-mail: js@msf-law.com |
| | Attorneys for Defendant |

**So Ordered:**

June 18, 2012

_____
Joseph E. Irenas, U.S.D.J.

3968-21 Doc #9