UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SILVERTOP ASSOCIATES, INC., d/b/a RASTA IMPOSTA, <br><br> Plaintiff, <br><br> v. <br><br> FUN WORLD, INC., <br><br> Defendant. | Civil Action No. 1:12-cv-03048-JEI-KMW |

## JOINT STIPULATION AND ORDER OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), the parties have reached an agreement in the above-captioned matter and hereby file this Joint Stipulation and Order of Dismissal to dismiss the above-referenced action in its entirety, with prejudice and without costs.

**MEISTER SEELIG & FEIN LLP**

By: /s/ *Jeffrey Schreiber*
Jeffrey Schreiber, Esq.
Jeffrey Weingart, Esq.
jpw@msf-law.com
2G Auer Court
Willamsburg Commons
East Brunswick, NJ 08816
Tel: (732) 432-0073
*Attorneys for Defendant*

**FLASTER/GREENBERG P.C.**

By: /s/ *Alexis Arena*
Alexis Arena, Esq.
alexis.arena@flastergreenberg.com
1600 John F. Kennedy Blvd.
Four Penn Center, 2nd Floor
Philadelphia, PA 19103
(215) 279-9393
*Attorneys for Plaintiff*

Dated: 7/24/12

BY THE COURT:

/s/ Joseph E. Irenas
THE HONORABLE JOSEPH E. IRENAS

1. All pending motions are hereby dismissed as moot.
2. The clerk is directed to close this file.